

**ORDERED in the Southern District of Florida on September 26, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 11-34051-BKC-RAM

PITTSFIELD RESIDENTIAL II, LLC,                 Chapter 11

        Debtor.
_____/

### AGREED ORDER GRANTING MOTION OF
### 55 EAST WASHINGTON DEVELOPMENT II, LLC
### TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS

THIS CAUSE came before the Court on the motions of 55 East Washington Development II, LLC to Transfer Venue to the Northern District of Illinois (D.E. # 33) and Motion for Temporary Stay in the Adversary Proceeding docketed as no. 11-02482-RAM (collectively, the "Motions"). The debtor agrees to the relief sought in the Motions to the extent set forth below. Therefore, it is

ORDERED as follows:

1. The Motions are GRANTED as provided for herein;

2. Venue of this case is transferred to the Northern District of Illinois.

3. The Clerk of the Court shall take whatever steps are necessary to expeditiously transfer this case and all adversary proceedings arising and docketed thereunder to the United States Bankruptcy Court for the Northern District of Illinois forthwith.

4. The meeting of creditors pursuant to § 341 of the United States Bankruptcy Code currently scheduled for October 6, 2011 at 1:30 p.m. in Miami, Florida along with all pending hearings are canceled and shall be re-scheduled to take place in the Northern District of Illinois.

5. The deadline for 55 East Washington Development II, LLC to respond to the adversary proceeding docketed as no. 11-02482-RAM is extended for thirty (30) days from the date of entry of this order.

###

Copy furnished to:

Daniel Morman, Esquire
(Attorney Morman is directed to serve a conformed copy of this Order on all interested parties and file a certificate of service thereof).