**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PITTSFIELD RESIDENTIAL II, LLC, | ) | Case No. 11B 42072 |
| | ) | Judge A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | |

### NOTICE OF MOTION

**To:** *U.S. Trustee Patrick S. Layng, Office of the U.S. Trustee
See attached service list

PLEASE TAKE NOTICE that on **Monday, May 5, 2014, at 10:00 a.m**., we will appear before the Honorable A. Benjamin Goldgar, Courtroom 642, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present our **DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE AND AN ORDER CLOSING CHAPTER 11 CASE & SHORTEN NOTICE THEREOF**, a copy of which is attached hereto and served upon you herewith.

Dated: May 2, 2014.          **PITTSFIELD RESIDENTIAL II, LLC,**
                              **Debtor-in-Possession**

                              By:     */s/ Jonathan T. Brand*
                                   One of the Debtor's Attorneys

Jonathan T. Brand (ARDC # 6294885)
Lakelaw
53 W. Jackson Street, Suite 1610
Chicago, Illinois 60604
Phone: (312) 360-1505
Facsimile: (312) 360-1502

1

# CERTIFICATE OF SERVICE

On May 2, 2014, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by U.S. regular mail. Those marked with an * were served via CM/ECF, the Court's electronic notification system.

By:    /s/ *Rachel Rohrman*  
        Paralegal

## SERVICE LIST

Ariel Funding, LLC  
5151 Collins Ave., #1727  
Miami Beach, FL 33140-2717

KLLM Architects, Inc. *  
Morrisroe & Associates Ltd  
114 South Bloomingdale Road  
Bloomingdale, IL 60108

Daniel T. Lee, Receiver for  
KLLM Architects, Inc.  
350 North LaSalle Street, Suite 1100  
Chicago, IL 60654

First Bank, N.A. **  
c/o Timothy J. Lathe,  
President/CEO/Director  
11901 Olive Boulevard  
Creve Coeur, MO 63141

First Bank, N.A.  
101 Nrth Wacker, Suite 160  
Chicago, IL 60606  
Attn: Kent Knebelkamp, VP

First Bank, N.A.  
c/o Holland & Knight LLP  
131 S. Dearborn Street  
30th Floor  
Chicago, IL 60603  
Attn: Francis L. Keldermans

55 E. Washington Development, LLC  
c/o Ronald Rosenblum, Registered Agent  
111 W. Washington Street, #823  
Chicago, IL 60602

55 E. Washington Development, LLC  
1805 Midwest Club Parkway  
Oak Brook, IL 60523

55 E. Washington Development, LLC  
c/o Bacchus I, Inc. (Manager)  
1805 Midwest Club Parkway  
Oak Brook IL 60523

Albergo Karambinis Mechanical Group, Inc.*  
c/o David E. Cohen  
Fisher Cohen Waldman Shapiro LLP  
1247 Waukegan Road, Suite 100  
Glenview, Illinois 60025

Morgan Reed MI2, LLC  
5151 Collins Ave., #1727  
Miami Beach, FL 33140

Pittsfield Development, LLC  
5151 Collins Ave., #1727  
Miami Beach, FL 33410

2

Wells Plumbing & Heating Supply, Inc.
Honghai Wang, Registered Agent
916 W. 21st Street
Chicago, IL 60608

National Plumbing & Heating Supply Co
Robert Higgason
5740 N. Tripp Avenue
Chicago, IL 60646

Kmooj Construction Management, Inc. *
c/o Allen Perl
14 N Peoria Suite 2C
Chicago, IL 60607

Nova Fire Protection, Inc.*
c/o Nicholas Johnson
1301 W. 22nd Street, Suite 914
Oak Brook, IL 60523

Cooling Equipment Service, Inc.*
c/o Donald Kindwald
105 W. Madison St., Suite 2100
Chicago, IL 60602

Cook County Treasurer
118 N. Clark Street, Room 112
Chicago, Illinois 60602

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PITTSFIELD RESIDENTIAL II, LLC, | ) | Case No. 11B 42072 |
| | ) | Judge A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE
AND CLOSING CHAPTER 11 CASE & SHORTEN NOTICE THEREOF**

Pittsfield Residential II, LLC (the "Debtor"), by and through his undersigned counsel and pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022-1 of this Court, hereby moves (the "Motion") for entry of a final decree and close the Debtor's chapter 11 case post-substantial consummation of the Debtor's plan of reorganization and shorten notice of this Motion. In support of the Motion, the Debtor states as follows:

**JURISDICTION & VENUE**

1. This Court has jurisdiction over this Application pursuant to 28 USC §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 USC §§ 1408 and 1409(a).

3. By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination.

**FACTUAL AND PROCEDURAL BACKGROUND**

4. On August 29, 2011 (the "Petition Date"), the Debtor filed a voluntary petition with this Court under Chapter 11 of the Bankruptcy Code.

1

5. On January 29, 2014, the Court entered an order confirming the PR II's Second Modified Plan of Reorganization ("Confirmed Plan").

6. On March 3, 2014, Kmooj Construction Management, Inc. ("Kmooj") filed a motion to enforce PR II's Plan. The Court set a briefing schedule on the motion to enforce. The Court entered an order on April 14, 2014 granting Kmooj's motion, in part, and required distributions to be made per the plan by Wednesday, April 23, 2014.

7. PR II, receiving documents per the settlement with Kmooj (as incorporated into the Confirmed Plan), complied with the Court's April 14, 2014 order. .

8. The Confirmed Plan has been substantially consummated in accordance with 11 U.S.C. §1101(2) and the estate has been fully administered, except for the completion of plan payments.

9. All monthly outstanding operating reports have been filed with the Court in advance of the hearing on this Motion, and all outstanding quarterly fees have been tendered at the time of the hearing on this Motion via certified check made payable to U.S. Trustee.

10. All litigation has concluded or otherwise been agreed to be resolved outside of the bankruptcy court administration process, and undersigned counsel states that to the best of counsel's knowledge, there are no outstanding issues that would preclude administrative closure of this case.

11. Pursuant to Local Rule 3022-1, the status of payments to each class of creditors is reflected in the recently filed *Pittsfield Residential II, LLC's Report of Initial Payments.* (Docket No. 323). A true and correct copy of the supplemental report of initial payments is attached hereto as **Exhibit A**.

12. By this Motion, the Debtor seeks an order administratively closing this case, provided that such order shall not operate to close the case for pursuant to 28 U.S.C. §1930 Appendix (11), 11 U.S.C. §362(c)(2)(A) or Federal Rule of Bankruptcy Procedure 4006.

13. The Debtor hereby serves notice that when all plan payments have been completed, and a discharge and entry of a final decree should take place as well.

## NOTICE

14. Notice of this Motion has been given to: (a) the Office of the United States Trustee for this District; (b) the Debtor; (c) the Debtor's creditors; and (d) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given, the Debtor requests that this Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements pursuant to FED. R. BANKR. P. 2002(a)(3) and 9007.

**WHEREFORE**, Debtor-in-possession, Pittsfield Residential II, LLC, respectfully requests that this Court enter the relief sought in this motion, shorten notice of this motion, enter a final decree closing this chapter 11 case and grant such other or additional relief as the Court deems just and appropriate.

Dated: May 2, 2014.                    **PITTSFIELD RESIDENTIAL II, LLC,**
                                       **Debtor-in-Possession**

                                       By:      */s/ Jonathan T. Brand*
                                            One of the Debtor's Attorneys

Jonathan T. Brand (ARDC # 6294885)
Lakelaw
53 W. Jackson Street, Suite 1610
Chicago, Illinois 60604
Phone: (312) 360-1505
Facsimile: (312) 360-1502

3