# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PITTSFIELD RESIDENTIAL II, LLC, | ) | Case No. 11B 42072 |
| | ) | Judge A. Benjamin Goldgar |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF CONTINUED HEARING

To:   *U.S. Trustee Patrick S. Layng, Office of the U.S. Trustee
      See attached service list.

**PLEASE TAKE NOTICE** that **DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE AND AN ORDER CLOSING CHAPTER 11 CASE (Dkt. # 325)** has been continued to **May 14, 2014 at 10:00 a.m.**, a copy of this Notice is being served upon the persons shown on the within Notice, via Electronic Mail and by United States Mail, with postage prepaid, at Chicago, Illinois. Those marked with an * were served via Court's ECF System.


Dated: May 5, 2014                           Respectfully Submitted,

                                             **PITTSFIELD RESIDENTIAL II, LLC,**
                                             **Debtor-in-Possession**
                                             By: */s/ Jonathan T. Brand*
                                             Jonathan T. Brand
                                             *Counsel for the Debtor*


Jonathan T. Brand (ARDC #6294885)
David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Street, Suite 1610
Chicago, IL 60604
Phone: (312) 360-1505
Facsimile: (312) 360-1502

## SERVICE LIST

Ariel Funding, LLC
5151 Collins Ave., #1727
Miami Beach, FL 33140-2717

KLLM Architects, Inc. *
Morrisroe & Associates Ltd
114 South Bloomingdale Road
Bloomingdale, IL 60108

Daniel T. Lee, Receiver for
KLLM Architects, Inc.
350 North LaSalle Street, Suite 1100
Chicago, IL 60654

First Bank, N.A.
c/o Timothy J. Lathe, President/CEO/Director
11901 Olive Boulevard
Creve Coeur, MO 63141

First Bank, N.A.
101 Nrth Wacker, Suite 160
Chicago, IL 60606
Attn: Kent Knebelkamp, VP

First Bank, N.A.
c/o Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
Attn: Francis L. Keldermans

55 E. Washington Development, LLC
c/o Ronald Rosenblum, Registered Agent
111 W. Washington Street, #823
Chicago, IL 60602

55 E. Washington Development, LLC
1805 Midwest Club Parkway
Oak Brook, IL 60523

55 E. Washington Development, LLC
c/o Bacchus I, Inc. (Manager)
1805 Midwest Club Parkway
Oak Brook IL 60523

Albergo Karambinis Mechanical Group, Inc.*
c/o David E. Cohen
Fisher Cohen Waldman Shapiro LLP
1247 Waukegan Road, Suite 100
Glenview, Illinois 60025

Morgan Reed MI2, LLC
5151 Collins Ave., #1727
Miami Beach, FL 33140

Pittsfield Development, LLC
5151 Collins Ave., #1727
Miami Beach, FL 33410

Wells Plumbing & Heating Supply, Inc.
Honghai Wang, Registered Agent
916 W. 21st Street
Chicago, IL 60608

National Plumbing & Heating Supply Co
Robert Higgason
5740 N. Tripp Avenue
Chicago, IL 60646

Kmooj Construction Management, Inc. *
c/o Allen Perl
14 N Peoria Suite 2C
Chicago, IL 60607

Nova Fire Protection, Inc.*
c/o Nicholas Johnson
1301 W. 22nd Street, Suite 914
Oak Brook, IL 60523

Cooling Equipment Service, Inc.*
c/o Donald Kindwald
105 W. Madison St., Suite 2100
Chicago, IL 60602

Cook County Treasurer
118 N. Clark Street, Room 112
Chicago, Illinois 60602