UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-42072 |
| | ) | |
| PITTSFIELD RESIDENTIAL II, LLC, | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

**Order Granting Final Application and Denying Sixth Interim Application of David P. Leibowitz and Jonathan T. Brand, and Lakelaw as Counsel to Pittsfield Residential II, LLC for Allowance of Compensation and Reimbursement of Expenses**

This matter came before the court on the the sixth interim application for compensation and also the final fee application of David P. Leibowitz and Jonathan T. Brand as counsel to debtor Pittsfield Residential II, LLC. For the reasons stated on the record,

(i) The sixth interim application is denied. The plan was confirmed in January 2014, and under the confirmed plan all property of the estate revested in the debtor. At that point, since neither the confirmed plan nor the confirmation order provided otherwise, the bankruptcy estate ceased to exist. The only purpose of having a bankruptcy court rule on the compensation of professionals under 11 U.S.C. § 330 is to determine whether compensation should be awarded from the estate. Since there is no longer an estate, consideration of the sixth interim application and a determination that the compensation sought in that application is reasonable under section 330 would be pointless.

The denial of the sixth interim application is not a decision that Messrs. Leibowitz and Brand have no rights to compensation from the debtor under state law for the work performed, a matter on which this court takes no position, only that there is no estate from which compensation can be awarded and therefore no reason to approve the compensation under section 330.

(ii) The final application for compensation is granted, to the extent that the compensation of Leibowitz and Brand previously approved on interim applications for compensation is approved.

(iii) Notice of the applications is shortened to notice given.

Enter:

Dated: MAY 0 5 2014

United States Bankruptcy Judge