UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-42072 |
| | ) | |
| PITTSFIELD RESIDENTIAL II, LLC | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE COMING TO BE HEARD on Pittsfield Residential II, LLC's ("Debtor") motion for entry of a final decree and an order closing chapter 11 case and shortening notice thereof, pursuant to 11 U.S.C. 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure, due and proper notice having been given, the Court having jurisdiction over the parties and subject matter, the Court having determined that substantial consummation of the Debtor's Second Amended Confirmed Plan of Reorganization has taken place, IT IS HEREBY ORDERED:

1. A final decree closing the Debtor's chapter 11 case is hereby entered.

Enter:

14 MAY 2014

Dated:

United States Bankruptcy Judge

**Prepared by:**
Jonathan T. Brand (ARDC #6294885)
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, Illinois 60604
(312) 360-1505

Rev: 20130103_bko